William Buck

           Plaintiff,

v.

Debbie Knauer, et al.

           Defendant.

Case No.: 1:18–cv–04195
Honorable Mary M. Rowland

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 5, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to withdraw Paul J. Rogerson as counsel [250] is granted. Attorney Paul Rogerson's appearance is terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.