# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: BUCK v. KNAUER, et al.　　　Case Number: 1:18-cv-4195

An appearance is hereby filed by the undersigned as attorney for:
Debbie Knauer and Andrea Rigsby

Attorney name (type or print):  Jocelynn N. Jordan-Kerzner

Firm:　　Office of the Illinois Attorney General

Street address:　　100 West Randolph Street, 13th Floor

City/State/Zip:　　Chicago, Illinois 60601

Bar ID Number: 6342252　　　Telephone Number:　773-758-4594
(See item 3 in instructions)

Email Address: J.JordanKerzner@ilag.gov

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.　　☐ Retained Counsel

　　　　　　　　　　　　　　　　　　　　　　☐ Appointed Counsel
　　　　　　　　　　　　　　　　　　　　　　If appointed counsel, are you a
　　　　　　　　　　　　　　　　　　　　　　☐ Federal Defender
　　　　　　　　　　　　　　　　　　　　　　☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 6, 2023

Attorney signature:　　S/ Jocelynn N. Jordan-Kerzner
　　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015