# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BUCK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:18-cv-4195 |
| | ) | Honorable Mary M. Rowland |
| DEBBIE KNAUER, *et al.* | ) | Honorable Heather K. McShain |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Undersigned Counsel submits the following substitution of Counsel for Defendants Debbie Knauer and Andrea Rigbsy, pursuant to Local Rule 83.17, which allows substitutions of counsel without motion where counsel are of the same firm. Assistant Attorney General David Lam will no longer represent these Defendants and is hereby withdrawing as Counsel.

Respectfully submitted,

**Kwame Raoul**
Attorney General for Illinois

*/s/ Jocelynn N. Jordan-Kerzner*
JOCELYNN N. JORDAN-KERZNER
BAR NO. 6342252
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601-3218
(773) 758-4594
J.JordanKerzner@ilag.gov
*Attorney for Defendants*